Margaret M. Broussard (SBN 219251)
7909 Walerga Road,
Suite 112, PMB 1157
Antelope, CA 95843
tel (916) 722-2370
fax (916) 722-2801

Attorney for T.M..

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

T.M.
    Plaintiff

v.

SAN RAFAEL CITY SCHOOLS
    Defendant
_____/

CASE NO. C07-05751 BZ

**MOTION FOR ADMINISTRATIVE RELIEF TO HAVE CASE PROCEED UNDER CIVIL L.R. 16-5.**

    T.M., the Real Party in Interest in this case, respectfully requests that this case proceed under Civil L.R. 16-5. This is an action for review on an administrative record. In the original administrative proceeding, T.M. filed for hearing against San Rafael City Schools ("the District") alleging a denial of a free appropriate public education. The case was heard in July 2007, in front of Administrative Law Judge John Thawley. Administrative Law Judge Thawley issued a decision in the case on August 13, 2007 and an order clarifying his decision on September 14, 2007.

    The District appealed the decision to this Court on September 12, 2007. The case number for that appeal is C07-04702 WHA. Judge Alsup issued a procedural order in that case on October 1, 2007 (Attached as Attachment A), vacating the referral to the ADR Multi-Option Program and all scheduled dates. That order also scheduled new dates in compliance with Civil L.R. 16-5.

    This case is an appeal by T.M. of the same decision. A motion to consider whether the cases are related is being filed concurrently. This case is also an action for review on an administrative record and therefore T.M. respectfully requests that the ADR order as well as the presently scheduled

dates be vacated and that new dates are set in accordance with Civil L.R. 16-5.

                          Respectfully Submitted,

                          MARGARET M. BROUSSARD. SAVAGE

                          Attorney for Real Party in Interest T.M.

Dated: November 26, 2007        By:   /s/

                          Margaret M. Broussard