Margaret M. Broussard (SBN 219251)
7909 Walerga Road,
Suite 112, PMB 1157
Antelope, CA 95843
tel (916) 722-2370
fax (916) 722-2801

Attorney for T.M..

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

T.M.
    Plaintiff

v.

SAN RAFAEL CITY SCHOOLS
    Defendant

_____/

CASE NO. C07-05751 BZ

**[PROPOSED] PROCEDURAL ORDER IN ACTION FOR REVIEW UNDER ADMINISTRATIVE RECORD**

<u>PROCEDURAL ORDER IN ACTIONS FOR REVIEW ON AN ADMINISTRATIVE RECORD</u>

CASE NO. 07-05751

TO THE PARTIES AND COUNSEL OF RECORD IN THE ABOVE ACTION:

    The above action seeks a review per of a decision by the Office of Administrative Hearings (OAH) pursuant to 20 U.S.C. Section 1415(i)(2)(A). The parties are reminded that the Court's jurisdiction is limited to reviewing the administrative record to determine whether the decision is supported by substantial evidence in the record, and whether OAH complied with the requirements of the statutes in reaching the decision reviewed.

    IT IS HEREBY ORDERED that the referral to the ADR Multi-Option Program with withdrawn and all presently scheduled dates are vacated. Pursuant to Civil L.R. 16-5, IT IS FURTHER ORDERED that:

    1.    Defendant shall serve and file an answer, together with a certified copy of the

transcript of the administrative record, within ninety days of receipt of service of the summons and complaint.

2. Plaintiff shall service and file a motion for summary judgement or for remand within thirty days of service of defendant's answer.

3. Defendant shall serve and file any opposition or counter-motion within thirty days of service of plaintiff's motion.

4. Plaintiff may serve and file a reply within fourteen dats of service of defendant's opposition or counter-motion.

5. Unless the court orders otherwise, upon conclusion of the briefing schedule, the matter will be deemed submitted for decision without oral argument.

Dated: December    , 2007           By: _____
                                         Magistrate Judge Bernard Zimmerman