1  CELIA M. RUIZ, SBN 87671
   DAVID E. LYON, SBN 133065
2  OK-HEE SHIM, SBN 240998
   RUIZ & SPEROW, LLP
3  2000 Powell Street, Suite 1655
   Emeryville, CA 94608
4  Tel: 510 594-7980
   Fax: 510 594-7988
5
   Attorneys for Defendant
6  SAN RAFAEL CITY SCHOOLS

7

8             UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 T.M., a minor, By and Through Z.M., His  ) Case No. C07-5751 BZ
   Guardian Ad Litem,                      ) Related Case No. C07-4702 WHA
12                                         )
          Plaintiff,                       )
13                                         )
   v.                                      )
14                                         )
   SAN RAFAEL CITY SCHOOL DISTRICT,        )
15                                         )
          Defendant.                       )
16 _____ )

17

18

19

20

21

22

23

24

25             **PROOF OF SERVICE RE ANSWER**

26

27

28

---

PROOF OF SERVICE RE ANSWER (Case Nos. C07-5751 BZ / C07-4702 WHA)

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2000 Powell Street, Suite 1655, Emeryville, California 94608. On December 17, 2007, I caused the following document(s) in U.S.D.C. N.Ca Case No. C07-5751 BZ/C07-4702 WHA, referred to as *T.M., a minor, etc. v. San Rafael City School District*, to be served by the method indicated below:

Answer

☐ by transmitting via facsimile on this date from fax number 510-594-7988 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Emeryville, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☐ by transmitting via email to the person(s) at the email address(es) listed below.

Cynthia Watts/Vigil Phoenix
OAH
Special Ed. Division
2349 Gateway Oaks Drive, Suite 200
Sacramento, CA 95833-4231

Margaret Broussard
Law Offices
Suite 112, 7909 Walerga Road, PMB 1157
Antelope, CA 95843

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on December 17, 2007, at Emeryville, California.

*Gretchen Trupiano*
Gretchen Trupiano