UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: December 20, 2007

Case No.  C 07-04702 WHA
          C 07-05751 WHA

Title: SAN RAFAEL CITY SCHOOLS  v. OFFICE OF ADMN HEARINGS
       TM v. SAN RAFAEL CITY SCHOOLS DISTRICT

Plaintiff Attorneys: David Lyon

Defense Attorneys: Margaret Broussard; Ok'Hee Shim

Deputy Clerk:  Dawn Toland            Court Reporter: Joan Columbini

**PROCEEDINGS**

1)    Motion for Summary Judgment - Taken Under Submission

2)    CMC - HELD

Continued to  3/6/08 at 8:00 am  for Motion

Continued to    for Pretrial Conference

Continued to    for Jury Trial

**ORDERED AFTER HEARING:**

Parties shall correct the Administrative Record by 1/11/08.  Cross-Motions shall be filed by 1/31/08; oppositions shall be filed by 2/14/08 (25 pages); and replies by 2/21/08 (10 pages).