```
CELIA M. RUIZ, SBN 87671              OFFICE OF ADMINISTRATIVE
DAVID E. LYON, SBN 133065             HEARINGS
OKHEE SHIM, SBN 240998                Special Educ. Division
RUIZ & SPEROW, LLP                    2349 Gateway Oaks Dr.
2000 Powell Street, Suite 1655        Suite 200
Emeryville, CA 94608                  Sacramento, CA 95833
Telephone (510) 594-7980              (916) 263-0880
Fax (510) 594-7988

Attorneys for Plaintiff/Cross Defendant
SAN RAFAEL CITY SCHOOLS

MARGARET M. BROUSSARD, SBN 219251
LAW OFFICE OF MARGARET BROUSSARD
7909 Walerga Road, Suite 112 PMB 1157
Antelope, CA 95843
Phone (916) 722-2370
Fax (916) 722-2801


Attorney for Defendant/Cross Plaintiff
T.M.
```

**UNITED STATES DISTRICT COURT,**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SAN RAFAEL CITY SCHOOLS,** | ) Case No.: **3:07-CIV-04702 WHA** |
| | ) **3:07 – CIV – 05751 WHA** |
| Plaintiff, | ) |
| | ) STIPULATED REQUEST FOR |
| vs. | ) DISMISSAL OF RELATED ACTIONS; |
| | ) [Proposed] ORDER |
| **OFFICE OF ADMINISTRATIVE** | ) Hearing: March 6, 2008 8:00am |
| **HEARINGS,** | ) |
| Defendant | ) |
| **Related Case:** | ) |
| **T.M., a minor,** | ) |
| Plaintiff, | ) |
| Vs. | ) |
| **SAN RAFAEL CITY SCHOOLS** | ) |
| Defendant | ) |

Stipulated Request for Dismissal Case 3:07-CIV-05751 WHA, 3:07-civ- 04702 WHA – Page 2

TO THE HON. WILLIAM J. ALSUP AND THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and the terms of the confidential Stipulation for Settlement ("Agreement") between Plaintiff and Cross-Defendant San Rafael City Schools ("District") and Real Party and Cross-Plaintiff T.M. ("T.M."), the District and TM stipulate to the dismissal of both of the above entitled related actions with prejudice in their entirety, with each party to bear their own costs and attorneys fees except as noted in the Agreement.

IT IS SO STIPULATED:

Dated: March 5, 2008            RUIZ & SPEROW

                                By: /s/
                                David E. Lyon
                                Attorneys for Plaintiff/Cross
                                Defendant
                                San Rafael City Schools

Dated: March 5, 2008            LAW OFFICE OF MARGARET
                                BROUSSARD

                                By:  /s/
                                Margaret M. Broussard
                                Attorney for Real Party/
                                Cross-Plaintiff
                                T.M.

---

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document
Margaret M. Broussard

Stipulated Request for Dismissal Case 3:07-CIV-05751 WHA, 3:07-civ- 04702 WHA – Page 3

[~~PROPOSED~~] ORDER

Pursuant to the above stipulation,

   IT IS HEREBY ORDERED that the related actions of Case No. C07-04702 WHA, San Rafael City Schools v. Office of Administrative Hearings, and Related Case No. C07-5751 WHA, T.M. v. San Rafael City Schools, are dismissed with prejudice in their entirety and each party is to bear its own costs and fees except as noted in the Agreement between the parties.

Dated:  March  6   , 2008           _____
                                    Hon. William J. Alsup
                                              H.

*IT IS SO ORDERED — Judge William Alsup, United States District Court, Northern District of California*